**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | HealthQuarters, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  HealthQuarters Site 1 Noho LLC<br>FDBA  HealthQuarters Site 2 Williamsburg LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 61-1897814 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**85 5th Ave., Floor 8**
**New York, NY 10003**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**New York**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.healthquarters.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **HealthQuarters, Inc.** | Case number (*if known*) | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

Debtor **HealthQuarters, Inc.**                                          Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **HealthQuarters, Inc.**
Name
                                       Case number (*if known*)

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **HealthQuarters, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _**11/2/2022**_
                        MM / DD / YYYY

X _____          **Derek Stewart**
Signature of authorized representative of debtor          Printed name

Title    **CFO**

**18. Signature of attorney**

X _____          Date  11/02/2022
Signature of attorney for debtor                        MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 425-5806**          Email address    **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

**CERTIFICATE OF RESOLUTION AUTHORIZING
PREPARATION FOR FILING OF VOLUNTARY
PETITION UNDER CHAPTER 7 OF THE
BANKRUPTCY CODE**

At a special meeting of the Board of Directors (the "Board of Directors") of HealthQuarters, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on September 8, 2022, the board authorized the Chief Executive Officer, as the Authorized Officer, to inter alia, take all steps necessary to execute and file a petition for relief under chapter 7 of the United States Bankruptcy Code.

Subsequent thereto, the Chief Executive Officer resigned from this position, however the Board of Directors still wishes to provide appropriate authority for the execution and filing of a chapter 7 filing.  Accordingly, the Board of Directors sets forth and approves the following resolutions by unanimous consent:

WHEREAS, the Board of Directors has accepted the resignation of the Corporation's Chief Executive Officer; and

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the  financial condition, results of operations and projected cash flows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, options available to the Corporation, prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation, and information and recommendations of the executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Corporation's Authorized Representative, including but not limited to Derek Stewart (the "Authorized Representative") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"), and to commence the Chapter 7 Case in the venue that the Authorized Representative deems appropriate and at such time that the Authorized Representative  deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Representative  of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to negotiate, execute, deliver and file with the United States Bankruptcy Court (the "Bankruptcy Court"), in the name and on behalf of the Corporation, and under its corporate seal or otherwise, all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates, motions and

other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 7 of the Bankruptcy Code and to effectuate a liquidation of the Corporation under Chapter 7 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite Bankruptcy Court approval, the law firm of Gellert, Scali, Busenkell & Brown LLC as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized R e p r e s e n t a t i v e is hereby authorized and
directed to cause to be filed any appropriate application for authority to retain the services of Gellert, Scali, Busenkell & Brown LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite Bankruptcy Court approval, such other professionals and persons as the Authorized Representative determines are necessary in order to conduct the Chapter 7 Case while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Representative, the Authorized Representative and such other officers of the Corporation as the Authorized Representative shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Representative, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct a liquidation of the Corporation under the provisions of Chapter 7 of the Bankruptcy Code as is deemed appropriate;

RESOLVED, that the Corporation be, and hereby is, authorized and empowered to pay and direct the payment of all fees and expenses incurred in connection with the transactions contemplated by these resolutions; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, authorized representativeof HealthQuarters, Inc, do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with HealthQuarters, Inc. this  31st day of October, 2022.

By:

*Derek Stewart*                    11/1/2022 | 11:38 AM EDT

Name: Derek Stewart

Title:  <u>Authorized</u>

<u>Representative</u>

**Fill in this information to identify the case:**

Debtor name    **HealthQuarters, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *11/2/22*     x _____
                                 Signature of individual signing on behalf of debtor

                                 **Derek Stewart**
                                 Printed name

                                 **CFO**
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **HealthQuarters, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ ____21,792.13_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ ____21,792.13_

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ __1,047,709.40_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ __1,663,741.13_

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   $ __2,711,450.53_

**Fill in this information to identify the case:**

Debtor name **HealthQuarters, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Silicon Valley Bank** | **Savings** | **1516** | $0.00 |
| 3.2. | **Silicon Valley Bank** | | **6173** | $0.00 |
| 3.3. | **Silicon Valley Bank** | **Security Deposit** | **1879** | $0.00 |
| 3.4. | **Silicon Valley Bank** | **Operating** | **1501** | $7,997.48 |
| 3.5. | **Silicon Valley Bank** | **Operating** | **1830** | $13,794.65 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $21,792.13 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

Debtor   **HealthQuarters, Inc.**                                          Case number *(If known)* _____
         <u>Name</u>

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

Debtor  **HealthQuarters, Inc.**                              Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** <br> **www.healthquarters.com** | **$0.00** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** <br> **Instagram handle** | **$0.00** | | **Unknown** |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ☑ No
- ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

Debtor    **HealthQuarters, Inc.**                                          Case number *(If known)* _____
            Name

<div style="background:black;color:white;display:inline-block;">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,792.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,792.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,792.13 |

**Fill in this information to identify the case:**

Debtor name **HealthQuarters, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | | |
|---|---|---|
| **Silicon Valley Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | **$1,047,709.40**    **$21,792.30** |

**275 Grove Street Suite 2-200**
**Newton, MA 02466**
Creditor's mailing address

Describe the lien

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**August 2021**
Last 4 digits of account number ___

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,047,709.40**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **HealthQuarters, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,796.04 |
|---|---|---|---|

**Anozine Cleaning Services LLC**
**761 Saint Nicholas Ave**
**Suite 4F**
**New York, NY 10031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,369.53 |
|---|---|---|---|

**Beyond Cooling LLC**
**264 W 40th Street**
**Suite 401**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,017.00 |
|---|---|---|---|

**Blank Rome LLP**
**One Logan Square**
**130 North 18th Street**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,776.88 |
|---|---|---|---|

**CallisonRTKL Architects PC**
**233 Broadway**
**16th Floor**
**New York, NY 10279**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HealthQuarters, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Carta, Inc.**
**333 Bush Street**
**Suite 2300**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,621.25**

---

**3.6** | Nonpriority creditor's name and mailing address
**ClearCompany LLC**
**P.O. Box 419186**
**Boston, MA 02241**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,276.15**

---

**3.7** | Nonpriority creditor's name and mailing address
**Cooley LLP**
**Attn: J. Michael Kelly, Esq.**
**3 Embarcadero Center**
**20th Floor**
**San Francisco, CA 94111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$97,129.00**

---

**3.8** | Nonpriority creditor's name and mailing address
**Crossover Consultants**
**93 4th Avenue**
**P.O. Box 1518**
**New York, NY 10003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,633.13**

---

**3.9** | Nonpriority creditor's name and mailing address
**Crown Castle Fiber**
**P.O. Box 28730**
**New York, NY 10087-8730**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**Cube Planning, Inc.**
**447 Broadway**
**2nd Floor**
**New York, NY 10013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,520.63**

---

**3.11** | Nonpriority creditor's name and mailing address
**Dara Mersky**
**420 Lexington Avenue**
**Apt 3E**
**Brooklyn, NY 11221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

Debtor    **HealthQuarters, Inc.**                                    Case number (if known) _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,995.45 |

**Demand Inc. (DBA)**
**1147 Groen Ct**
**Ripon, CA 95366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Fleur Elise Bkln ltd**
**23 Douglass Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.91 |

**Greenan Business Products, Inc.**
**23 N. Main Street**
**Pearl River, NY 10965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,375.47 |

**GSD Industries, LLC**
**299 Lakeview Avenue**
**Ringwood, NJ 07456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,695.02 |

**Henry Schein**
**135 Duryea Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**ItsSRL**
**140 Easr 17th Street**
**Apt 6E**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**Jack Richards**
**550 West 153 Street**
**Apt 52**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **HealthQuarters, Inc.**
_____  Case number (if known) _____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,130.84 |
|---|---|---|---|

**John Crandon Law PC**
**36 Grattan Street**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,567.00 |
|---|---|---|---|

**Lowenstein Sandler LLP**
**One Lowenstein Drive**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,661.65 |
|---|---|---|---|

**Mckesson Medical-Surgical, Inc.**
**P.O. Box 634404**
**Cincinnati, OH 45263-4404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,900.00 |
|---|---|---|---|

**Michael David Bloom**
**P.O. Box 521**
**Mongaup Valley, NY 12762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $477.05 |
|---|---|---|---|

**NY Spine Health**
**75 Washington Avenue**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,000.00 |
|---|---|---|---|

**Oxeon, LLC**
**330 Hudson**
**Suite 300**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,686.75 |
|---|---|---|---|

**Patterson Belknap Webb & Tyler LLP**
**1133 Avenue of the Americas**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **HealthQuarters, Inc.**                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$22,000.00** |

**3.26**

**Nonpriority creditor's name and mailing address**
**Power Digital Marketing Inc.**
**2251 San Diego Avenue**
**Suite A250**
**San Diego, CA 92110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$22,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Scalar, LLC**
**PO Box 1031**
**Draper, UT 84020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Schimenti Construction Company, LLC**
**650 Danbury Rd Ste 4**
**Ridgefield, CT 06877**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$966,499.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Super Mood LLC**
**11265 Palms Boulevard**
**Unit D**
**Los Angeles, CA 90066**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$1,875.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**
**True Capital Partners LLC**
**56 N. Haddon Avenue**
**Haddonfield, NJ 08033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$83,334.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Turnkey & Bespoke, LLC**
**1413 N Dominion Avenue**
**Pasadena, CA 91104-1000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$2,375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Vanta Inc.**
**369 Hayes Street**
**San Francisco, CA 94102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$2,812.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HealthQuarters, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,303.32 |
|---|---|---|---|

**Whitestone Lighting**
**29 Grove Street**
**South Hackensack, NJ 07606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,663,741.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,663,741.13 |

**Fill in this information to identify the case:**

Debtor name        **HealthQuarters, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **401k Services** | |
| State the term remaining | **Creative Retirement Systems, Inc.** |
| List the contract number of any government contract | **Attn: Tim McLendon** **25 Merchant Street, Suite 135** **Cincinnati, OH 45246** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Data warehousing** | |
| State the term remaining | **Google Admin Services** |
| List the contract number of any government contract | **1600 Amphitheatre Parkway** **Mountain View, CA 94043** |

**Fill in this information to identify the case:**

Debtor name    **HealthQuarters, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>City          State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City          State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City          State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City          State     Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **HealthQuarters, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$799,540.00** |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,231,154.75** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$799,023.55** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **HealthQuarters, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **SEE ATTACHMENT** | | **SEE ATTACHED** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Derek Stewart**<br>**11000 SW 69th Court**<br>**Pinecrest, FL 33156**<br>**CFO** | **1/1/2022,**<br>**11/1/2022** | **$180,416.00** | **Gross wages, consulting during wind-down** |
| 4.2.    **Steve Schrodel**<br>**40 Fern Street**<br>**Lexington, MA 02421**<br>**CEO** | | **$176,929.52** | **Gross wages, reimbursements** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **HealthQuarters, Inc.**                                                    Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Gellert Scali Busenkell & Brown, LLC 1201 N. Orange Street Suite 300 Wilmington, DE 19801** | | **9/30/2022** | **$15,000.00** |
| | Email or website address **rgellert@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Gellert Scali Busenkell & Brown, LLC 1201 N. Orange Street Suite 300 Wilmington, DE 19801** | | **11/2/2022** | **$5,000.00** |
| | Email or website address **rgellert@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor    **HealthQuarters, Inc.**                                    Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Mount Sinai Health System 555 W 57th St New York, NY 10019** | **Two tranches of funding both for sale of FF&E at 632 Broadway to payoff Secured Debt** | **10/25/2022** | **$475,000.00** |
| Relationship to debtor |  |  |  |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

Debtor    **HealthQuarters, Inc.**  _____    Case number *(if known)* _____

■ **Yes. Fill in below:**

Name of plan

**HEALTHQUARTERS, INC. 401(K) PLAN CRM:0451001073**

Employer identification number of the plan
EIN:  **61-1897814**

Has the plan been terminated?

■ No

☐ Yes

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor   **HealthQuarters, Inc.**                                        Case number *(if known)*

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Aprio Cloud**<br>**Attn: Susan Matray** | **1/1/2022 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **HealthQuarters, Inc.** _____    Case number *(if known)* _____

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Schrodel | 40 Fern Street<br>Lexington, MA 02421 | CEO | 2.75 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Derek Stewart | 11000 SW 69th Court<br>Pinecrest, FL 33156 | CFO | 2.75 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bhavdeep Singh | 56 Walsh Dr<br>Mahwah, NJ 07430 | CEO | 2019-November 2021 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Derek Stewart<br>11000 SW 69th Court<br>Pinecrest, FL 33156 | 180,416 | 1/1/2022 ,<br>11/1/20222 | W2 and compensation |
| | Relationship to debtor<br>CFO | | | |
| 30.2. | Steve Schrodel<br>40 Fern Street<br>Lexington, MA 02421 | 176,929.52 | 1/1/2022,<br>9/30/2022 | W2 Compensation |
| | Relationship to debtor<br>CEO | | | |

Debtor    **HealthQuarters, Inc.**                                                    Case number *(if known)*

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:    Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on          *11/2/22*

_____          **Derek Stewart**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Part 3 - Statement of Financial Affairs - Certain payments or transfers to creditors within 90 days before filing this case

| Account Number | Account Title | Account Owner | Tran Type | Debit Amount | Description |
|---|---|---|---|---|---|
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | ACH DEBIT | $21,337.50 | APRIO |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | ACH DEBIT | $22,308.15 | ASCENSUS TRUST RET PLAN 267428 07222022 |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | LOAN PAYMENT DEBIT | $96,748.27 | Sillicon Valley Bank Loan |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | ACH DEBIT | $285,251.45 | Justworks Payroll |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | ACH DEBIT | $77,335.38 | ClickPay PROPRTYPAY 31937498 John Jessey |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | ACH DEBIT | $38,938.66 | SVB CREDIT CARD PAYMENT C 233024012 RH STUDIO OPCO 5 INC |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $14,700.00 | PHEROMONES INC |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $15,000.00 | GELLERT SCALIBUSENKELL BROWN, LLC |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $49,050.00 | WAISE EBRAHIMI DDS PC |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $15,857.43 | EPIC INSURANCE BROKERS |
| XXXXXX1879 | SECURITY DEPOSIT ACCOUNT | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $10,000.00 | ERIC DEGIS |
| XXXXXX1879 | SECURITY DEPOSIT ACCOUNT | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $10,000.00 | DEGIS CHIROPRATIC CARE |
| XXXXXX1830 | 632 BROADWAY OPERATING ACCOUNT | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $16,130.15 | CHRIS SPELMAN |
| XXXXXX1830 | 632 BROADWAY OPERATING ACCOUNT | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $20,000.00 | DEREK STEWART |
|  | Bill.com Money Out Clearing | HealthQuarters, Inc. |  | $22,500.00 | Dara Mersky |
|  | Bill.com Money Out Clearing | HealthQuarters, Inc. |  | $10,000.00 | Jack Nathan Richards |
|  | Bill.com Money Out Clearing | HealthQuarters, Inc. |  | $48,067.13 | SVB |
|  | Bill.com Money Out Clearing | HealthQuarters, Inc. |  | $9,975.00 | Candid Care Co. |
|  | Bill.com Money Out Clearing | HealthQuarters, Inc. |  | $14,700.00 | Scrowise |
|  | Bill.com Money Out Clearing | HealthQuarters, Inc. |  | $11,452.50 | APRIO |
|  | Bill.com Money Out Clearing | HealthQuarters, Inc. |  | $128,168.71 | Renaissance 632 Broadway LLC |
| XXXXXX1501 | OPERATING | HealthQuarters, Inc. | WIRE TRANSFER DEBIT | $5,000.00 | GELLERT SCALIBUSENKELL BROWN, LLC |

# United States Bankruptcy Court
### District of Delaware

In re    **HealthQuarters, Inc.**            Case No.
                                               Debtor(s)        Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     *11/2/22*

**Derek Stewart**/CFO
Signer/Title

HEALTHQUARTERS, INC.
85 5TH AVE., FLOOR 8
NEW YORK, NY 10003

RONALD S. GELLERT
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

ANOZINE CLEANING SERVICES LLC
761 SAINT NICHOLAS AVE
SUITE 4F
NEW YORK, NY 10031

BEYOND COOLING LLC
264 W 40TH STREET
SUITE 401
NEW YORK, NY 10018

BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

CALLISONRTKL ARCHITECTS PC
233 BROADWAY
16TH FLOOR
NEW YORK, NY 10279

CARTA, INC.
333 BUSH STREET
SUITE 2300
SAN FRANCISCO, CA 94104

CLEARCOMPANY LLC
P.O. BOX 419186
BOSTON, MA 02241

COOLEY LLP
ATTN: J. MICHAEL KELLY, ESQ.
3 EMBARCADERO CENTER
20TH FLOOR
SAN FRANCISCO, CA 94111

CREATIVE RETIREMENT SYSTEMS, INC.
ATTN: TIM MCLENDON
25 MERCHANT STREET, SUITE 135
CINCINNATI, OH 45246

CROSSOVER CONSULTANTS
93 4TH AVENUE
P.O. BOX 1518
NEW YORK, NY 10003

CROWN CASTLE FIBER
P.O. BOX 28730
NEW YORK, NY 10087-8730

CUBE PLANNING, INC.
447 BROADWAY
2ND FLOOR
NEW YORK, NY 10013

DARA MERSKY
420 LEXINGTON AVENUE
APT 3E
BROOKLYN, NY 11221

DEMAND INC. (DBA)
1147 GROEN CT
RIPON, CA 95366

FLEUR ELISE BKLN LTD
23 DOUGLASS STREET
BROOKLYN, NY 11231

GOOGLE ADMIN SERVICES
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

GREENAN BUSINESS PRODUCTS, INC.
23 N. MAIN STREET
PEARL RIVER, NY 10965

GSD INDUSTRIES, LLC
299 LAKEVIEW AVENUE
RINGWOOD, NJ 07456

HENRY SCHEIN
135 DURYEA ROAD
MELVILLE, NY 11747

HSSRE
140 EASR 17TH STREET
APT 6E
NEW YORK, NY 10003

JACK RICHARDS
550 WEST 153 STREET
APT 52
NEW YORK, NY 10031

JOHN CRANDON LAW PC
36 GRATTAN STREET
SAN FRANCISCO, CA 94117

LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

MCKESSON MEDICAL-SURGICAL, IN
P.O. BOX 634404
CINCINNATI, OH 45263-4404

MICHAEL DAVID BLOOM
P.O. BOX 521
MONGAUP VALLEY, NY 12762

NY SPINE HEALTH
75 WASHINGTON AVENUE
GARDEN CITY, NY 11530

OXEON, LLC
330 HUDSON
SUITE 300
NEW YORK, NY 10013

PATTERSON BELKNAP WEBB & TLL
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

POWER DIGITAL MARKETING INC
2251 SAN DIEGO AVENUE
SUITE A250
SAN DIEGO, CA 92110

SCALAR, LLC
PO BOX 1031
DRAPER, UT 84020


SCHIMENTI CONSTRUCTION COMPANY, LLC
650 DANBURY RD STE 4
RIDGEFIELD, CT 06877


SILICON VALLEY BANK
275 GROVE STREET SUITE 2-200
NEWTON, MA 02466


SUPER MOOD LLC
11265 PALMS BOULEVARD
UNIT D
LOS ANGELES, CA 90066


TRUE CAPITAL PARTNERS LLC
56 N. HADDON AVENUE
HADDONFIELD, NJ 08033


TURNKEY & BESPOKE, LLC
1413 N DOMINION AVENUE
PASADENA, CA 91104-1000


VANTA INC.
369 HAYES STREET
SAN FRANCISCO, CA 94102


WHITESTONE LIGHTING
29 GROVE STREET
SOUTH HACKENSACK, NJ 07606

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re   **HealthQuarters, Inc.** ........................................................    Case No. _____

Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................    $ _____**20,000.00**

Prior to the filing of this statement I have received .....................    $ _____**20,000.00**

Balance Due .........................................................................    $ _____**0.00**

2.  The source of the compensation paid to me was:

■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Preparation and filing of any petition, schedules, statement of affairs which may be required.**
    **Representation of the Debtor(s) at the initial first meeting of creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **\*Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

    **\*notated in retainer as fee/costs additonal (post-petition)**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 2, 2022 _____

*Date*

*/s/ Ronald S. Gellert* _____

**Ronald S. Gellert**
*Signature of Attorney*
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Delaware

In re   **HealthQuarters, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **HealthQuarters, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Redesign Health Inc.**
**85 5th Ave, 8th Floor**
**New York, NY 10003**

☐ None [*Check if applicable*]

November 2, 2022

Date

*/s/ Ronald S. Gellert*

**Ronald S. Gellert**

Signature of Attorney or Litigant

Counsel for   **HealthQuarters, Inc.**

**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**