**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HealthQuarters, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 22-11035-LSS |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION WITH SILICON VALLEY BANK MODIFYING THE AUTOMATIC STAY TO ALLOW WITHDRAWAL OF FUNDS AND PAYMENT OF SILICON VALLEY BANK'S DEBT OBLIGATIONS**

The undersigned hereby certifies as follows:

1. On November 2, 2022, the above-captioned debtor (the "Debtor") commenced this chapter 7 case by filing a petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. George L. Miller was appointed as chapter 7 trustee in the above-captioned chapter 7 case (the "Chapter 7 Trustee"). *See Notice of Chapter 7 Bankruptcy Cases – No Proof of Claim Deadline* [D.I. 3].

3. The Debtor and Silicon Valley Bank ("SVB" and, together with the Chapter 7 Trustee, the "Parties") are party to, among other agreements, that certain Loan and Security Agreement dated as of August 19, 2021 (the "Loan Agreement") between SVB, the Debtor, and HealthQuarters Site 1 NoHo, LLC, with an outstanding principal amount of not less than $1,050,000.00, in addition to other amounts owed to SVB under the Loan Agreement (such amount, collectively, the "SVB Loan Obligations").

4. The Debtor owes Creative Retirement Systems ("Creative Retirement") certain 401(k) management fees for the Debtor's employees in the amount of $3,350.00 (the "401(k) Fees"), pursuant to that certain invoice XX2628 dated as of September 29, 2022.

5. The Debtor maintains that certain bank accounts ending in 1501 and 1830 at SVB (collectively, the "SVB Bank Account") with an aggregate cash balance of approximately $22,000.00 as of January 6, 2023.

6. Accordingly, following arms-length negotiations, the Parties have entered into that certain *Stipulation with Silicon Valley Bank Modifying the Automatic Stay to Allow Withdrawal of Funds and Payment of Silicon Valley Bank's Debt Obligations* (the "Stipulation") permitting the Chapter 7 Trustee to debit the 401(k) Fees from the SVB Bank Account and pay such fees to Creative Retirement, and (b) granting SVB relief from the automatic stay for the purpose of authorizing SVB to (i) apply the full remaining cash balance of the SVB Bank Account against the SVB Loan Obligations, and (ii) close the SVB Bank Account without further approval from the Court, each in accordance with the terms set forth in the Stipulation.

7. A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as **Exhibit A**. A true and correct copy of the Stipulation is attached to the Proposed Order as **Exhibit 1**.

**WHEREFORE**, Silicon Valley Bank respectfully requests that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: January 17, 2023              **ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor, Esq.  (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: GTaylor@ashbygeddes.com

-and-

**MORRISON & FOERSTER LLP**
Alex Rheaume, Esq.
200 Clarendon Street, Floor 21
Boston, MA 02116
Tel: (617) 648-4700
Fax: (617) 830-0142
Email: arheaume@mofo.com

Miranda K. Russell, Esq.
250 West 55th Street
New York, NY 10019-9601
Tel: (212) 468-8000
Fax: (212) 468-7900
Email(s): mrussell@mofo.com

*Counsel to Silicon Valley Bank*